UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MICHAEL W. GAHAGAN                                          CIVIL ACTION

v.                                                          NO. 16-15438

UNITED STATES CITIZENSHIP                                   SECTION "F"
AND IMMIGRATION SERVICES

ORDER AND REASONS

Before the Court is the plaintiff's motion for summary judgment. On December 14, 2016, the Court granted in part the plaintiff's motion insofar as the United States Citizenship and Immigration Services had not conducted an adequate search for the requested record, a Form I-797C Receipt Notice, and the Court took under submission issues pertinent to the plaintiff's remaining claim that USCIS had not produced the responsive record. See Order and Reasons dtd. 12/14/16. The Court assumes familiarity with, and hereby incorporates in this Order and Reasons, its December 14, 2016 Order and Reasons.

Because USCIS has since performed another search and has otherwise satisfied its obligations imposed by this Court's December 14, 2016 Order and Reasons and, finally, because the plaintiff, now, "has no objection to accepting [the I-797C Receipt

1

Notice] produced in response to the instant litigation," the previously submitted portion of the plaintiff's motion for summary judgment is DENIED as moot.

New Orleans, Louisiana, December 22, 2016

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE